1 | Joseph P. Russionello
United States Attorney
2 | 450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
3 | Telephone: (415) 436-7200

4 | Attorneys for the United States

**FILED**

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5 | UNITED STATES DISTRICT COURT

6 | NORTHERN DISTRICT OF CALIFORNIA

7 | SAN JOSE DIVISION

8 | UNITED STATES OF AMERICA,      )    CRIMINAL NO. 08-70257
9 |         Plaintiff,             )
10|                                 )    NOTICE OF PROCEEDINGS ON
   |    v.                         )    OUT-OF-DISTRICT CRIMINAL
11 |                                 )    CHARGES PURSUANT TO RULES
   | Arnulfo Matul-                )    5(c)(2) AND (3) OF THE FEDERAL RULES
12 |                                 )    OF CRIMINAL PROCEDURE
   |         Defendant.  Hernandez )
13 |                                 )

14 |    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
15 | Procedure that on 4/29/08, the above-named defendant was arrested based upon an
16 | arrest warrant (copy attached) issued upon an
17 |    ☒ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____
18 | pending in the Eastern District of California, Case Number 08CR00072
19 |    In that case, the defendant is charged with a violation(s) of Title(s) 8 United States Code,
20 | Section(s) 1326
21 | Description of Charges: Deported Alien Found in United States
22 |
23 |                                        Respectfully Submitted,
24 |                                        Joseph P. Russionello
                                            UNITED STATES ATTORNEY
25 | Date: 4/29/08                          _____
26 |                                        Assistant U.S. Attorney
27 |
28 |

1

Case 1:08-cr-00072-OWW    Document 2 (Court only)    Filed 03/13/2008    Page 1 of 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


**COPY**

USA,

v.

ARNULFO MATUL-HERNANDEZ,

**WARRANT FOR ARREST**    **ISSUED**

Case Number: 1:08-CR-00072-OWW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Arnulfo Matul-Hernandez,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien Found in the United States**

In violation of Title  8         United States Code, Section(s)  1326

M. Verduzco                          Deputy Clerk
Name of Issuing Officer              Title of Issuing Officer

/s/ M. Verduzco                      3/13/08    Fresno
Signature of Issuing Officer         Date and Location

Bail fixed at  $NO BAIL          by   Magistrate Judge Gary S. Austin

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____    Name and Title of Arresting Officer _____

Date of Arrest _____    Signature of Arresting Officer _____

Case 1:08-cr-00072-OWW   Document 1   Filed 03/13/2008   Page 1 of 2



1  McGREGOR W. SCOTT
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8           UNITED STATES DISTRICT COURT FOR THE
9              EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )  CR. NO. 1:08CR 00072 OWW
                                    )
12           Plaintiff,              )  VIOLATION:
                                    )  8 U.S.C. § 1326(a) and (b)(2)
13      v.                          )  - Deported Alien Found in the
                                    )  United States (Felony)
14 ARNULFO MATUL-HERNANDEZ,         )
     aka Alfredo Hernandez-Matul    )
15   aka Alfredo Hernandez,         )
                                    )
16           Defendant.              )
   _____)
17
18              I N D I C T M E N T
19      The Grand Jury charges: T H A T
20      ARNULFO MATUL-HERNANDEZ
          aka Alfredo Hernandez-Matul
21        aka Alfredo Hernandez,
22
23 defendant herein, an alien, on or about November 23, 2005, was
24 excluded, deported, or removed from the United States after being
25 convicted of one or more crimes punishable by a term of
26 imprisonment exceeding one year, specifically:
27      Possession for sale of a controlled substance, to wit,
        heroin, in violation of California Health and Safety
28      Code § 11351, on or about April 30, 2004, in the

                            1

Case 1:08-cr-00072-OWW   Document 1   Filed 03/13/2008   Page 2 of 2

1  Superior Court of Los Angeles County, California, and the defendant was sentenced to three years imprisonment
2  (Case No. BA263837);
3  and thereafter on or about May 4, 2007, the defendant was found
4  within the State and Eastern District of California, with neither
5  the United States Attorney General or the Secretary of the
6  Department of Homeland Security having expressly consented to a
7  reapplication by the defendant for admission into the United
8  States, in violation of Title 8, United States Code, Section
9  1326(a) and (b)(2).
10
11                                                A TRUE BILL.
12
                                                  /S/

FOREPERSON

14 McGREGOR W. SCOTT
   United States Attorney
15
16 By: /s/ Mark K. Cullers
17 MARK E. CULLERS
   Assistant U.S. Attorney
18 Chief, Fresno Office
19
20
21
22
23
24
25

26
27

2