# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5363

April 30, 2008

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name: **USA-v-Arnulfo Matul-Hernandez**
Case Number: **5-08-70257-HRL  (Your Case# 08-CR-00072-OWW)**
Charges: **Deported Alien Found in the United States**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____

**CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**

# UNITED STATES DISTRICT COURT
## Northern District of California
### 280 South First Street
### San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5363

April 30, 2008

**Clerk of Court**  
**US District Court for Eastern California**  
**2500 Tulare Street, Suite 1501**  
**US Courthouse Building**  
**Fresno, CA 93721-2201**

Case Name: **USA-v-Arnulfo Matul-Hernandez**  
Case Number: **5-08-70257-HRL  (Your Case# 08-CR-00072-OWW)**  
Charges: **Deported Alien Found in the United States**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    (  )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

    Original  Rule 5 affidavit  
    original minute orders  
    certified copy of *AO 94, Commitment to Another District*  
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*  
Case Systems Administrator

Enclosures  
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____    **CLERK, U.S. DISTRICT COURT**

    **By** _____  
    **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

April 30, 2008

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name:     **USA-v-Arnulfo Matul-Hernandez**
Case Number:   **5-08-70257-HRL  (Your Case# 08-CR-00072-OWW)**
Charges:       **Deported Alien Found in the United States**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____          **CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**