# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

2008 MAY -9 P 3: 12    April 30, 2008

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

General Court Number
408.535.5363

**RECEIVED**

MAY 0 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
C. ESTEVES

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name:         **USA-v-Arnulfo Matul-Hernandez**
Case Number:      **5-08-70257-HRL  (Your Case# 08-CR-00072-OWW)**
Charges:              **Deported Alien Found in the United States**
Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

        (X)      The U.S. Marshal has been ordered to remove this defendant
               to your district forthwith.

        ( )       The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*

Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

MAY 0 5 2008

**Date:** _____

CLERK, U.S. DISTRICT COURT

**C. ESTEVES**

**By** _____

**Deputy Clerk**